*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*




# MEMORANDUM OPINION

No. 04-11-00066-CV

**IN THE ESTATE OF** Romen **ARIZOLA**, Deceased

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2010-PB4-000096-L2
Honorable Jesus Garza, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed:   June 1, 2011

DISMISSED

Appellant Pedro Arizola, Sr., has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM